**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Jinmy Nolberto SOTO–RAMOS,
Defendant–Appellant.**

No. 15–41425
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 06/23/2016

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Jinmy Nolberto Soto–Ramos, Hinton, OK, Pro Se.

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

---

PER CURIAM: *

The Federal Public Defender appointed to represent Jinmy Soto–Ramos has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Soto–Ramos has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

The attorney appointed to represent Jose Luis Belloc has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Belloc has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Belloc's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

